[No. 49183-1-I.   Division One.   November 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWIN MULLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02773-1, Jay V. White, J., entered August 10, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.

[No. 49188-1-I.   Division One.   November 25, 2002.]

JOHN CITOLI, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07339-9, Richard D. Eadie, J., entered August 15, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid and Schindler, JJ. Now published at 115 Wn. App. 459.

[No. 49305-1-I.   Division One.   November 25, 2002.]

PATRICK CAMPBELL, *Appellant*, v. LOCKHEED SHIPBUILDING CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-11084-7, Richard D. Eadie, J., entered September 7, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Baker and Agid, JJ. Now published at 115 Wn. App. 8.

[No. 49307-8-I.   Division One.   November 25, 2002.]

BRIAN O'NEILL, *Appellant*, v. R. MICHAEL SPANO, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 00-2-15126-8, Mary Yu, J., entered September 7, 11, and 21, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Cox, JJ.